**Order entered June 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00643-CV

**DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., MINOR,
Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 90628.86**

## ORDER

Based on the record before us, we **GRANT** appellant's motion for extension of time to file notice of appeal. Appellant's May 21, 2014 notice of appeal is considered timely for jurisdictional purposes.

/s/     ELIZABETH LANG-MIERS
         JUSTICE